IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:   ANGELA MARIE & SHANE LUCAS HALMI            CHAPTER 13
                                                     CASE NO. 21-50282-KMS

### TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

The Trustee hereby requests that the Court Clerk hold Debtor(s) case open until all Trustee disbursement checks issued to creditors have cleared and the Trustee has filed his Final Report and Accounting.

Respectfully Submitted, this the  23RD day of OCTOBER 2025.

/s/ Warren A Cuntz, Jr.
Warren A. Cuntz, Jr.
Chapter 13 Trustee
P. O. Box 3749
Gulfport, MS 39505-3749
Tel: 228-831-9531
Fax: 228-831-9902