**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

IN RE: ANGELA MARIE & SHANE LUCAS HALMI          CHAPTER 13
                                                 CASE NO. 21-50282-KMS

**<u>NOTICE OF FINAL CURE MORTGAGE PAYMENT</u>**

**COMES NOW** the Trustee and files this Notice of Final Cure Mortgage Payment, asserting that:

1.   The plan in this case reflected a mortgage on Debtor(s) principal residence held by: SHELLPOINT MORTGAGE.

2.   NewRez LLC d/b/a Shellpoint Mortgage Servicing filed proof of claim 11-1.

3.   The Claim has <u>X</u> or has not __ been amended.

4.   **YOU ARE NOTIFIED** that the Debtor(s) has completed all payments under the plan and has paid in full the amount required to cure any default on the mortgage claim.

5.   All post-petition mortgage payments due through **<u>OCTOBER 2025</u>** have been paid by the Trustee in accordance with the mortgage claim, notices provided by the mortgage claimholder or established by Court Order.

6.   The Debtor(s) is responsible for making monthly mortgage payments **<u>DIRECTLY</u>** to the mortgage holder effective **<u>NOVEMBER 2025.</u>**

     **<u>***NO FURTHER PAYMENTS WILL BE MADE TO THE MORTGAGE HOLDER BY THE TRUSTEE.</u>**

7.   **YOU ARE HEREBY NOTIFIED** of your obligation to file a Response to this Notice as required by F.R.B.P. 3002.1(g) within twenty-one (21) days and serve your Response on the Debtor(s), Debtor's counsel and the Trustee.  Your Response shall indicate (1) whether you agree that the Debtor(s) have paid in full the amount required to cure the default on your claim(s), and (2) whether the Debtor(s) are otherwise current on all payments consistent with §1322(b)(5) of the code.  The statement you file shall itemize the required cure or post-petition amounts, if any, that you contend remain unpaid as of the date of your Response/statement.

8.   **YOU ARE FURTHER NOTIFIED** that should you fail to provide any information required by F.R.B.P. 3002.1(g), the Court may, after notice and hearing, take either or both of the following actions: (1) preclude you from presenting the omitted information, in any form, as evidence in any contested matter or adversary proceeding in this case, unless the court determines that your failure was substantially justified or is harmless; or (2) award other appropriate relief, including reasonable expenses and attorney's fees caused by your failure.

     DATED this the _____23rd____ day of OCTOBER  2025.

                                        /s/ Warren A Cuntz, Jr._____
                                        CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Notice of Final Cure Mortgage Payment to:

Stephen P. Lowman, on behalf of NewRez LLC   mtgbk@shellpointmtg.com

Thomas C. Rollins, Jr., attorney for Debtor(s)    trollins@therollinsfirm.com

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Final Cure Mortgage Payment to the following:

The Mortgage Claimholder: The Bank of New York Mellon, as Indenture Trustee,
            for Mid-State Capital Corporation 2010-1
            NewRez, LLC d/b/a Shellpoint Mortgage Se
            P.O. Box 10826
            Greenville, SC 29603-0826

The Debtors:   Angela & Shane Halmi
       4117 Tracy St
       Moss Point, MS 39562

DATED the 23rd day of OCTOBER 2025.

            /s/ Warren A. Cuntz, Jr.
            CHAPTER 13 TRUSTEE
            P.O. Box 3749
            Gulfport, MS  39505-3749
            Tel: (228) 831-9531
            Fax: (228) 831-9902