**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Angela Marie Halmi** | **Case No. 21-50282-KMS** |
| | **Shane Lucas Halmi, Debtors** | **Chapter 13** |

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Angela Marie Halmi                             10/25/2025
         Angela Marie Halmi                                            Date

         /s/ Shane Lucas Halmi                             10/24/2025
         Shane Lucas Halmi                                             Date

         /s/ Thomas C. Rollins, Jr.                          10/25/2025
         Thomas C. Rollins, Jr., MS Bar No. 103469               Date
         Attorney for the Debtors
         The Rollins Law Firm, PLLC
         P.O. Box 13767
         Jackson, MS 39236
         601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

     On October 27, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ANGELA MARIE HALMI<br>SHANE LUCAS HALMI | CASE NO: 21-50282<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 10/27/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/27/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-50282 |
|---|---|
| ANGELA MARIE HALMI | **CERTIFICATE OF SERVICE** |
| SHANE LUCAS HALMI | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 10/27/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/27/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-50282<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON OCT 27 9-20-35 PST 2025 | THE BANK OF NEW YORK MELLON<br>14841 DALLAS PARKWAY SUITE 425<br>DALLAS TX 75254-8067 | US BANK NATIONAL ASSOCIATION<br>14841 DALLAS PARKWAY SUITE 350<br>DALLAS TX 75254-7685 |
| ~~EXCLUDE~~<br>~~(U)US BANK NATIONAL ASSOCIATION NOT IN ITS I~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ | ACCEPTANCENOW<br>5501 HEADQUARTERS DRIVE<br>PLANO TX 75024-5837 |
| AFFIRM INC<br>PO BOX 720<br>SAN FRANCISCO CA 94104-0720 | AIDVANTAGE ON BEHALF OF THE DEPT OF EDUCATI<br>DEPT OF ED LOAN SERVICES<br>PO BOX 300001<br>GREENVILLE TX 75403-3001 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 | DR LEONARDS<br>100 NIXON LN<br>EDISON NJ 08837-3804 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON MS 39225-2808 |
| NAVIENT<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 | NAVIENT SOLUTIONS LLC ON BEHALF OF<br>DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE PA 18773-9635 | PEARL MOTOR<br>3351 COTTAGE HILL RD<br>MOBILE AL 36606-3008 |
| PEARL MOTORS INC<br>3351 COTTAGE HILL RD<br>MOBILE AL 36606-3008 | (P)RECEIVABLE RECOVERY SERVICES LLC<br>ATTN ANNA MARTIN<br>110 VETERANS MEMORIAL BLVD STE 445<br>METAIRIE LA 70005-4931 | RESURGENT CAPITAL SERV<br>15 SOUTH MAIN ST<br>STE 600<br>GREENVILLE SC 29601-2768 |
| SHELLPOINT MORTGAGE<br>75 BEALTIE PL 300<br>GREENVILLE SC 29601-2138 | SINGING RIVER HEALTH SYSTEM<br>CO MICHAEL J MCELHANEY JR<br>P O BOX 1618<br>PASCAGOULA MS 39568-1618 | SMITH ROUCHON ASSOC<br>1456 ELLIS AVENUE<br>JACKSON MS 39204-2204 |
| SOUTH MS COLLECTION SE<br>PO BOX 1511<br>PASCAGOULA MS 39568-1511 | SOUTH MISSISSIPPI COLLECTION SERVICE<br>POB 1511<br>PASCAGOULA MS 39568-1511 | SOUTHERN FINANCIAL COL<br>PO BOX 15203<br>HATTIESBURG MS 39404-5203 |

```
SOUTHERN FINANCIAL SVC              SOUTHERN FINANCIAL SYS             THE BANK OF NEW YORK MELLON  AS INDENTURE TR
PO BOX 15203                        2603 OAK GROVES RD                 FOR MIDSTATE CAPITAL CORPORATION 20101
HATTIESBURG  MS 39404-5203          STE B                              NEWREZ  LLC DBA SHELLPOINT MORTGAGE SE
                                    HATTIESBURG  MS 39402-8928         PO BOX 10826
                                                                       GREENVILLE  SC 29603-0826


EXCLUDE                                                                EXCLUDE

UNITED STATES TRUSTEE               WS BADCOCK                         (D)WSBADCOCK CORPORATION
501 EAST COURT STREET               PO BOX 724                         POST OFFICE BOX 724
SUITE 6-430                         MULBERRY  FL 33860-0724            MULBERRY FL 33860-0724
JACKSON  MS 39201-5022




DEBTOR

ANGELA MARIE HALMI                  JENNIFER A CURRY CALVILLO          SHANE LUCAS HALMI
4117 TRACY ST                       THE ROLLINS LAW FIRM               4117 TRACY ST
MOSS POINT  MS 39562-7681           702 W PINE ST                      MOSS POINT  MS 39562-7681
                                    HATTIESBURG  MS 39401-3836




EXCLUDE

THOMAS CARL ROLLINS JR              (P)WARREN A  CUNTZ  T1 JR
THE ROLLINS LAW FIRM  PLLC          PO BOX 3749
PO BOX 13767                        GULFPORT MS 39505-3749
JACKSON  MS 39236-3767
```