| **Fill in this information to identify the case:** |
|---|
| Debtor 1    Angela Marie Halmi |
| Debtor 2    Shane Lucas Halmi <br> (Spouse, if filing) |
| United States Bankruptcy Court for the:    Southern District of Mississippi <br>                                                                                     (State) |
| Case Number:    21-50282-KMS |

Official Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Inventory Trust

**Court claim no.** (if known) 11

**Last 4 digits** of any number you use to identify the debtor's account    0415

**Property address:** 4117 Tracy St
                   Number    Street

Moss Point      MS      39562
City               State      Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Post-petition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next post-petition payment from debtor(s) is due on:    01/05/2026
                                                                       MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of the date of this response is:

     a.    Total post-petition ongoing payments due:                                                        (a)    $ _____

     b.    Total fees, charges, expenses, escrow, and costs outstanding:                        + (b)    $ _____

     c.    **Total**. Add lines a and b.                                                                                   (c)    $ _____

     Creditor asserts that the debtor(s) are contractually obligated for the post-petition payment(s) that first became due on:      \_\_\_\_/\_\_\_\_/_____
                                                                                      MM / DD / YYYY

Debtor 1    Angela Marie Halmi Shane Lucas Halmi            Case number (*if known*) 21-50282-KMS
            First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of
the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplemental to the creditor's
proof of claim.**

*Check the appropriate box*:

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct
To the best of my knowledge, information and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies

✖  /s/ Michael Lindsey                              Date:   11/13/2025
   Signature

Print:   Michael Lindsey                            Title:  Attorney for Creditor

Company:  Halliday, Watkins & Mann, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:   244 Inverness Center Drive, Suite 200
           Number    Street

           Birmingham              AL              35242
           City                    State           Zip Code

Contact phone   (801) 355-2886                     Email   info@hwmlawfirm.com

Form 4100R              **Response to Notice of Final Cure Payment**              page 2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on November 13th, 2025, copies of the Response to Notice of Final Cure Payment were electronically served via the Court's CM/ECF electronic service system on the following:

Jennifer A. Curry Calvillo
Attorney for Debtors
via CM/ECF

Warren A. Cuntz Jr.
Chapter 13 Trustee
via CM/ECF

U.S. Trustee
via CM/ECF

      The undersigned certifies that on November 13th, 2025, copies of the Response to Notice of Final Cure Payment were served via U.S. Mail, postage prepaid, on all the parties against whom relief is sought and those otherwise entitled to service at the following addresses:

Angela Marie Halmi
Shane Lucas Halmi
4117 Tracy St
Moss Point, MS 39562

                                                 /s/ Michael Lindsey