United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 21-50282-KMS
Angela Marie Halmi                                                  Chapter 13
Shane Lucas Halmi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                       User: mssbad                                       Page 1 of 3
Date Rcvd: Dec 09, 2025                              Form ID: 3180W                                 Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##               Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Marie Halmi, 4117 Tracy St, Moss Point, MS 39562-7681 |
| 4981982 | | South MS Collection Se, PO Box 1511, Pascagoula, MS 39568-1511 |
| 4981981 | + | South Mississippi Collection service, Pob 1511, Pascagoula, MS 39568-1511 |
| 4981983 | + | Southern Financial Col, PO Box 15203, Hattiesburg, MS 39404-5203 |
| 4981984 | + | Southern Financial Svc, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 4983188 | + | W.S.Badcock Corporation, Post Office Box 724, Mulberry, FL 33860-0724 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| jdb | + | Email/PDF: petwolf9653@yahoo.com | Dec 09 2025 19:37:00 | Shane Lucas Halmi, 4117 Tracy St, Moss Point, MS 39562-7681 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Dec 09 2025 19:42:00 | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Dec 09 2025 19:42:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 4981968 | + | Email/Text: bankruptcy@rentacenter.com | Dec 09 2025 19:42:00 | AcceptanceNOW, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 4981969 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 09 2025 19:51:33 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5376685 | + | EDI: MAXMSAIDV | Dec 10 2025 00:40:00 | Aidvantage on behalf of The Dept. of Education, Dept of Ed Loan Services, PO Box 300001, Greenville TX 75403-3001 |
| 4981970 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2025 19:51:33 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4981971 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2025 19:51:33 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4983390 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2025 19:40:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4981973 | | EDI: MSDOR | Dec 10 2025 00:40:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4988430 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2025 19:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 4983656 | | EDI: MSDOR | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 10 2025 00:40:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 4981974 | + | EDI: MAXMSAIDV | Dec 10 2025 00:40:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4987024 | | EDI: MAXMSAIDV | Dec 10 2025 00:40:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4981976 | + | Email/Text: robinruben1@cox.net | Dec 09 2025 19:42:00 | Pearl Motor, 3351 Cottage Hill Rd, Mobile, AL 36606-3008 |
| 4981975 | + | Email/Text: robinruben1@cox.net | Dec 09 2025 19:42:00 | Pearl Motors, Inc., 3351 Cottage Hill Rd, Mobile, AL 36606-3008 |
| 4981977 | | Email/Text: info@receivablerecovery.com | Dec 09 2025 19:37:00 | Receivable Recovery, 110 Veterans Blvd, Ste 445, Metairie, LA 70005 |
| 4981978 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2025 19:40:31 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 4981979 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2025 19:42:00 | Shellpoint Mortgage, 75 Bealtie Pl #300, Greenville, SC 29601-2138 |
| 4987668 | ^ | MEBN | Dec 09 2025 19:36:36 | Singing River Health System, c/o Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 4981980 | + | Email/Text: Tracey@sra-inc.net | Dec 09 2025 19:42:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 4981985 | + | Email/Text: angiec@mysfsinc.com | Dec 09 2025 19:42:00 | Southern Financial Sys, 2603 Oak Groves Rd, Ste B, Hattiesburg, MS 39402-8928 |
| 4998023 | | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2025 19:42:00 | The Bank of New York Mellon, as Indenture Trustee,, for Mid-State Capital Corporation 2010-1, NewRez, LLC d/b/a Shellpoint Mortgage Se, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |
| 4992190 | *+ | W.S. Badcock, PO Box 724, Mulberry, FL 33860-0724 |
| 4981972 | ##+ | Dr Leonards, 100 Nixon Ln, Edison, NJ 08837-3804 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025                    Signature:        /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Jennifer A Curry Calvillo
     on behalf of Debtor Angela Marie Halmi jennifer@therollinsfirm.com
     jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
     on behalf of Joint Debtor Shane Lucas Halmi jennifer@therollinsfirm.com
     jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Michael Lindsey
     on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Inventory Trust
     michaell@hwmlawfirm.com

Thomas Carl Rollins, Jr
     on behalf of Joint Debtor Shane Lucas Halmi trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Angela Marie Halmi trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
     wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Angela Marie Halmi** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−6758** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Shane Lucas Halmi** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−6336** <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **21−50282−KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Angela Marie Halmi**

**Shane Lucas Halmi**

Dated: 12/9/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**