IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: ANGELA MARIE HALMI                    CHAPTER 13
       SHANE LUCAS HALMI                     CASE NO. 21-50282-KMS

## TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| CREDITOR | AMOUNT |
|---|---|
| W.S. BADCOCK, CORPORATION | $15.00 |

ADDRESS OF CREDITOR
P.O. BOX 724
MULBERRY, FL  33860

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date:   FEBRUARY 19, 2026

Signed:   /s/ Warren A. Cuntz, Jr.            ,
          Chapter 13 Standing Trustee
          Warren A. Cuntz, Jr.